NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSE LUIS VELEZ-PILLADO,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

No.    16-73240

Agency No. A200-963-148

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 13, 2018[**]

Before:     LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Jose Luis Velez-Pillado, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application withholding of removal.  We

have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

agency's factual findings. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008).

We deny the petition for review.

Substantial evidence supports the agency's determination that Velez-Pillado failed to demonstrate a nexus between the harm he fears and a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (applicant's desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground); *cf. Barajas-Romero v. Lynch*, 846 F.3d 351, 359-60 (9th Cir. 2017) (discussing *Zetino*). Thus, Velez-Pillado's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**